USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**08 CRIM 339**

In the United States District Court

for the WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARK McKELVIE

CRIMINAL NUMBER: 06-CR-6083 T

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Mark McKelvie, defendant, have been informed that an (~~indictment,~~ information, ~~complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I, Mark McKelvie, ~~(am under arrest, am held)~~ and to waive trial in the above captioned District.

Dated: May 16, 2006 at Rochester, NY

(Defendant)

(Witness)

(Counsel for Defendant)

(Assistant United States Attorney)

Approved

Bradley E. Tyler
United States Attorney for the AUSA Rochester
Western District of New York

Michael J. Garcia
United States Attorney for the by AUSA Raymond Lohier
Southern District of New York

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com