**08 CRIM 339**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

06-CR- 6083T

-vs-

**INFORMATION**
(Felony)

MARK McKELVIE,

Defendant.

**Violation:**
26 U.S.C. §7206(1)

COUNT 1

**The United States Attorney Charges:**

That on or about April 15, 1998, in the Western District of New York, the defendant, **MARK McKELVIE**, did willfully make and subscribe a federal income tax return for the year 1997, which return was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the said return reported a taxable income amount which was false, whereas, as the defendant then and there well knew and believed, the taxable income amount on his federal income tax return for



ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York
Date Filed: 5/16/07
Rodney C. Early, Clerk
By: _____ Deputy Clerk

the year 1997 should have been substantially greater than the amount reported on said return.

**All in violation of Title 26, United States Code, Section 7206(1).**

Dated:   Rochester, New York
         May 16, 2006.

                             TERRANCE P. FLYNN
                             United States Attorney
                             Western District of New York

              By: _____
                   RICHARD A. RESNICK
                   Assistant United States Attorney

2

**08CRIM 339**

U.S. Department of Justice                                     Rule 20 -- Transfer Notice

| To: Richard A. Resnick, AUSA | District<br>Western District of New York | Date<br>5/16/2006 |
|---|---|---|
| Name of Subject:<br>Mark McKelvie | Statute Violated<br>26 U.S.C. 7206(1) | File Data *(Initials and Number)*<br>06-CR-6083T<br>WDNY |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea    Date of Sentence    Sentence

| From *(Signature and Title)*<br>*[signed]* RAYMOND J. LOHIER AUSA | Address  U.S. Attorney's Office - Southern District of New York<br>1 St. Andrews Plaza<br>New York, New York 10007 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    on    at    o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information    Docket No. 06-CR-6083

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>*[signed]* Bradley E. Tyler AUSA Rochester | District<br>Western District of New York | Date<br>7/5/07 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

# Transfer Documents
6:06-cr-06083-CJS USA v. McKelvie

## U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/9/2007 at 10:08 AM EDT and filed on 7/5/2007
**Case Name:**     USA v. McKelvie
**Case Number:**   6:06-cr-6083
**Filer:**
**Document Number:** 6

**Docket Text:**
CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of NY Counts closed as to Mark McKelvie (1) Count 1. (TO)


**6:06-cr-6083-1 Notice has been electronically mailed to:**
Richard A. Resnick richard.resnick@usdoj.gov, kim.pettit@usdoj.gov, marylyn.rodriguez@usdoj.gov, sean.eldridge@usdoj.gov
Michael A. Burger mburger@dfckg.com, dparsons@dfckg.com

**6:06-cr-6083-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1042579058 [Date=7/9/2007] [FileNumber=859392-0]
[e046486e75732ab00aa27949acb16584a9f9b37a29c7889cda7986e69e6fd0acba882
34300232410ebd6df1fac0aebbef2a9e296adb0ed52c4fa05eb5850c083]]

```
              CLERK, U. S. DISTRICT COURT
                    100 STATE STREET
                  2120 U. S. COURTHOUSE
                ROCHESTER, NEW YORK 14614
                      (585) 613-4000
```

Rodney C. Early, Clerk

                                        7/9/07


Southern District of New York
Clerk, US District Court
US Courthouse 500 Pearl St.
Room. 520
NY, NY 10007

         RE:  U. S. vs. MCKELVIE 06-CR-6083

Dear Clerk:

        Pursuant to Rule 20 of the Federal Rules of Criminal Procedures, enclosed are the following:

        1.  Certified copy of criminal complaint
        2.  **Certified copy of information**
        3.  **Certified copy of Rule 20- Transfer notice**
        4.  **Certified copy of Consent to Transfer for Plea**
        5.  **Certified copy of docket sheet**

        Please acknowledge receipt of the above on the copy of this letter to this office.

                                        Very truly yours,

                                        Tricia Ofray
                                        Deputy Clerk

pc:  U. S. Attorney
     Probation
     Michael Burger


*****************************************************************

Receipt of the above described documents is acknowledged herewith.

```
                                    Clerk, U. S. District Court

Dated:                              By:
                                         Deputy Clerk
```

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:06-cr-06083-CJS All Defendants
### Internal Use Only

Case title: USA v. McKelvie

Date Filed: 05/16/2006

Assigned to: Hon. Charles J. Siragusa

**Defendant**

**Mark McKelvie (1)**      represented by    **Michael A. Burger**
Davidson, Fink, Cook, Kelly &
Galbraith, LLP
28 East Main Street
Suite 1700
Rochester, NY 14614
(585) 546-6448
Fax: (585) 546-8125
Email: mburger@dfckg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**      **Disposition**

26:7206A.F FRAUD AND FALSE
STATEMENTS
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**      **Disposition**

None

**Plaintiff**

| USA | represented by | **Richard A. Resnick**<br>U.S. Attorney's Office<br>100 State Street<br>Room 620<br>Rochester, NY 14614<br>585-263-6760, ext. 2241<br>Fax: 585-263-6226<br>Email: richard.resnick@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2006 | 1 | INFORMATION as to Mark McKelvie (1) count(s) 1. (TO, ) (Entered: 05/16/2006) |
| 05/16/2006 | 2 | WAIVER OF INDICTMENT by Mark McKelvie (TO, ) (Entered: 05/16/2006) |
| 05/16/2006 | 3 | Minute Entry for proceedings held before Judge Michael A. Telesca :Arraignment as to Mark McKelvie (1) Count 1 held on 5/16/2006. Defendant present w/counsel. Defendant pleads not guilty. Felony information and waiver of indictment executed. Case to be transferred pursuant to F.R.Cr.P. 20. Government to submit order of excludible time from 5/16/2006 to 7/17/2006. Defendant released on his own recognizance. Appearances: R. Resnick, M. Berger. (Court Reporter KW.) (MS, ) (Entered: 05/17/2006) |
| 05/17/2006 | 4 | ORDER TO CONTINUE - Ends of Justice as to Mark McKelvie Time excluded from 5/16/06 until 7/17/06. . Signed by Judge Michael A. Telesca on 5/17/06. (TO, ) (Entered: 05/17/2006) |
| 08/29/2006 | 5 | TEXT ORDER as to Mark McKelvie transferring case to Judge Charles J. Siragusa . Signed by Judge Michael A. Telesca on August 29, 2006. (MS, ) (Entered: 08/29/2006) |
| 08/29/2006 |  | Judge update in case as to Mark McKelvie. Judge Charles J. Siragusa added. Judge Michael A. Telesca no longer assigned to case. (MS, ) (Entered: 08/29/2006) |

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____ Deputy Clerk