UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MARK McKELVIE,

    Defendant.

------------------------------------------------------------x

08 CR 339 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by the government, an appearance for entry of a plea is scheduled for June 19, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate schedules and travel. Accordingly, the time between today and June 19, 2008 is excluded.

    SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
        May 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08